**ALZHEIMERS INSTITUTE OF AMERICA, INC., Plaintiff–Appellant,**

v.

**AVID RADIOPHARMACEUTICALS, Defendant–Appellee,**

and

**The Trustees of the University of Pennsylvania, Defendant–Appellee,**

and

**University of South Florida Board of Trustees, Defendant–Appellee.**

No. 2013–1544.

United States Court of Appeals, Federal Circuit.

May 16, 2014.

Rehearing and Rehearing En Banc Denied July 2, 2014.*

K. Lee Marshall, Esq., Attorney, James Bennett Clark, Esq., Attorney, Ameer Gado, Attorney, Berrie Rebecca Goldman, Attorney, Bryan Cave LLP, San Francisco, CA, for Plaintiff–Appellant.

Charles E. Lipsey, Attorney, Lawrence Scott Burwell, Attorney, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, Robert David Bajefsky, Attorney, Danielle Andrea Duszczyszyn, Attorney, Laura Pollard Masurovsky, Esq., Attorney, Finnegan, Henderson,

Farabow, Garrett & Dunner, LLP, Jerry Stouck, Greenberg Traurig LLP, Washington, DC, Steven P. Caltrider, Esq., Manisha A. Desai, Eli Lilly & Company, Indianapolis, IN, Joseph Lucci, Attorney, Jordan Jonas Oliver, Esq., Baker & Hostetler LLP, Philadelphia, PA, for Defendant–Appellees.

NEWMAN, PLAGER, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**